IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No. 5:20-CV-00503-FL

| | |
|---|---|
| KAZEEM OLUROTIMI OYENEYIN, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) **ORDER GRANTING DEFENDANTS'** |
| BRYAN BRACEY, *Individually*, C GAGNON, *Individually*, K.E. VAN ALTHUIS *Individually* and TG BEATON *Individually*, | ) **MOTION TO COMPEL** ) ) ) |
| Defendants. | ) ) |

Defendants Bracey, Gagnon, Van Althuis, and Beaton ("Defendants"), in their individual capacities, moved the court pursuant to Rule 37 of the Federal Rules of Civil Procedure for an Order compelling Kazeem Olurotimi Oyeneyin ("Plaintiff") to produce complete and accurate responses to Defendants' written discovery requests.

For good cause shown, IT IS HEREBY ORDERED that within ten (10) days from the entry of this Order, Plaintiff is to:

1. Fully respond to all Defendants' First set of Interrogatories and Requests for Production of Documents, without objection, pursuant to Rule 37 with the admonition that Plaintiff's failure to comply with this Court's order may subject Plaintiff to future sanctions;

2. Verify all interrogatory responses; and

3. Pay Defendants' reasonable costs and attorneys' fees associated with the filing of this motion.

This the 16th day of September, 2021.

_____
Louise W. Flanagan
United States District Court Judge