IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No. 5:20-CV-00503-FL

| | |
|---|---|
| KAZEEM OLUROTIMI OYENEYIN, )<br>)<br>Plaintiff, )<br>vs. )<br>)<br>BRYAN BRACEY, *Individually*, C GAGNON, )<br>*Individually*, K.E. VAN ALTHUIS *Individually* )<br>and TG BEATON *Individually*, )<br>)<br>Defendants. ) | **ORDER** |

THIS MATTER is before this Court upon Defendants' Motion to Award Attorneys' Fees and Costs pursuant Fed. R. Civ. P. 54(d)(2) (DE 54) and the Order (DE 50) entered in this matter on 16 September 2021. The court finds reasonable the number of hours expended as well as the hourly rates claimed.

Therefore, IT IS HEREBY ORDERED that the Plaintiff shall pay the Defendants costs and attorneys' fees totaling $390.00 as detailed in the Affidavit of Attorneys' Fees and Costs within five days of entry of this Order.

This the 29th day of October, 2021.

*Louise V. Flanagan*
Louise W. Flanagan
United States District Court Judge