IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No. 5:20-CV-00503-FL

| | |
|---|---|
| KAZEEM OLUROTIMI OYENEYIN, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | |
| ) | **ORDER** |
| BRYAN BRACEY, *Individually*, C GAGNON, ) | |
| *Individually*, K.E. VAN ALTHUIS *Individually* ) | |
| and TG BEATON *Individually*, ) | |
| ) | |
| ) | |
| Defendants. ) | |

THIS MATTER was brought before this court on defendants' Motion for Attorney's Fees and Costs and at the direction of this court in its previous order (DE 66).

IT IS HEREBY ORDERED that plaintiff shall pay the defendants' reasonable costs and attorneys' fees ordered in DE 66 in the amount of $6,499.50 as detailed in the motion and declaration attached thereto. It is further ORDERED plaintiff shall make such payment in certified funds in such a way that the funds are actually received at the office of counsel for defendants not later than noon ten days from the entry of this order.

It is further ORDERED that if plaintiff fails to make this payment as directed, above, his lawsuit (previously dismissed without prejudice in DE 66) will be retroactively deemed DISMISSED WITH PREJUDICE without further action from defendants or this court. The clerk is DIRECTED to close this case.

This the 1st day of February, 2022.

Louise W. Flanagan
United States District Court Judge