UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| KAZEEM OLUROTIMI OYENEYIN )<br>        Plaintiff, )<br>)<br>v. )<br>)<br>)<br>BRYAN BRACEY, C. GAGNON, )<br>*Individually,* K. E. VAN ALTHUIS, )<br>*Individually,* and T.G. BEATON, )<br>*Individually* )<br>        Defendants. ) | **JUDGMENT**<br><br>No. 5:20-CV-503-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of defendants' motion to dismiss and motion for attorney fees.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered December 27, 2021, and for the reasons set forth more specifically therein, defendants' motion to dismiss is GRANTED. Whereby Defendant City of Raleigh was previously dismissed from this action on March 3, 2021, this action is DISMISSED WITHOUT PREJUDICE.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered on February 1, 2022, that plaintiff shall pay defendants' reasonable costs and attorneys' fees in the amount of $6,499.50. It is further ORDERED plaintiff shall make such payment in certified funds in such a way that the funds are actually received at the office of counsel for defendants not later than noon ten days from the entry of this order. It is further ORDERED that if plaintiff fails to make this payment as directed, above, his lawsuit (previously dismissed without prejudice in DE 66) will be retroactively deemed DISMISSED WITH PREJUDICE without further action from defendants or this court.

**This Judgment Filed and Entered on February 1, 2022, and Copies To:**
Dominique L. Camm (via CM/ECF Notice of Electronic Filing)
Dorothy V. Kibler (via CM/ECF Notice of Electronic Filing)
Rodney E. Pettey / Samuel G. Thompson, Jr. (Via CM/ECF Notice of Electronic Filing)

February 1, 2022                PETER A. MOORE, JR., CLERK

                                              /s/ Sandra K. Collins
                                            (By) Sandra K. Collins, Deputy Clerk